IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| CATHERINE E. JACOBSEN,<br>                                 *Plaintiff,*<br><br>              v.<br><br>BANK OF AMERICA, N.A., *and*<br>FEDERAL NATIONAL MORTGAGE<br>ASSOCIATION,<br>                                 *Defendants.* | CASE NO. 3:09-cv-00077<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

       This matter is before the court upon consideration of Defendants' motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) (docket no. 21). In accordance with the accompanying memorandum opinion, Defendants' motion is hereby GRANTED in part and DENIED in part. Specifically, Defendants' motion is GRANTED with respect to Plaintiff's claim arising out of the refinance loan transaction, but denied with respect to Plaintiff's claim arising out of the home equity line of credit transaction.

       It is so ORDERED.

       The Clerk of the Court is directed to send a certified copy of this order and the accompanying memorandum opinion to all counsel of record.

       Entered this 13th day of December, 2010.

                                                                  NORMAN K. MOON
                                                                  UNITED STATES DISTRICT JUDGE